# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOAN HELENE RAMOS,

    Plaintiff(s),

v.

TREVOR WILLIAM RATCHFORD,

    Defendant(s).

Case No. 2:24-cv-02269-RFB-NJK

**ORDER**

It appears that attorney Michael Merritt is barred in Nevada, but does not maintain a physical office here. *See, e.g.*, Docket No. 6 at 1. Accordingly, Attorney Merritt must comply with Local Rule IA 11-1(b) by January 16, 2025.

IT IS SO ORDERED.

Dated: December 16, 2024

                                          Nancy J. Koppe  
                                          United States Magistrate Judge