# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOAN HELENE RAMOS,

    Plaintiff(s),

v.

TREVOR WILLIAM RATCHFORD,

    Defendant(s).

Case No. 2:24-cv-02269-RFB-NJK

**Scheduling Order**

[Docket No. 13]

Pending before the Court is a joint discovery plan seeking standard scheduling. Docket No. 13. The presumptively reasonable discovery period is 180 days from the date of the defendant's answer or first appearance. Local Rule 26-1(b)(1). The discovery plan improperly calculates deadlines from the later date of the Rule 26(f) conference. *See* Docket No. 13 at 2. Accordingly, the discovery plan is **GRANTED** in that a 180-day discovery period will be provided, but is **DENIED** as to the manner in which the deadlines are calculated. Case management deadlines are hereby **SET** as follows:

- Initial Disclosures: January 24, 2025
- Amend pleadings/ add parties: March 14, 2025
- Initial experts: April 14, 2025
- Rebuttal experts: May 13, 2025
- Discovery cutoff: June 12, 2025
- Dispositive motions: July 14, 2025
- Joint proposed pretrial order: August 11, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: January 16, 2025

_____
Nancy J. Koppe
United States Magistrate Judge