Michael R. Merritt, Esq.
Nevada Bar No. 5720
The Merritt Law Firm, PLLC
1324 N. Liberty Lake Rd., Ste. 2151
Liberty Lake, WA 99019
Tel:    (509) 309-9105
Michael@Merritt-Firm.com

Kevin Diamond, Esq.
Nevada Bar No. 4967
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Ste. 400
Las Vegas, NV  89101
Tel:    (702) 366-0622
Fax:    (702) 366-0327
KRD@thorndal.com

*Attorneys for Defendant, Trevor William Ratchford*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOAN HELENE RAMOS, an individual, | Case No.: 2:24-cv-02269-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: LIABILITY** |
| TREVOR WILLIAM RATCHFORD, and individual; DOES I through X; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and through the parties hereto, through their respective counsel of record, that the Defendant's negligence was the precipitating factor in causing the automobile collision which is the subject of the above-captioned matter, and is therefore conclusively admitted by Defendant, TREVOR RATCHFORD.  Defendant will accordingly

STIPULATION AND ORDER RE: LIABILITY - 1

[RATCHFORD/RAMOS STIPULATION AND ORDER RE: LIABILITY - 2:24-CV-02269-RFB-NJK] abandon any defenses alleging that Plaintiff, JOAN RAMOS, contributed to the cause of the subject collision, or was in any way comparatively at fault.

**IT IS FURTHER STIPULATED** that Defendant, TREVOR RATCHFORD, reserves the right to challenge and contest, with any available admissible evidence, any and all damage claims made by Plaintiff, JOAN RAMOS, with respect to their cause, their reasonableness and their necessity, their viability and the reasonableness of charges relative to the same. Defendant also reserves the right to assert any and all other defenses to any damages sought by Plaintiff at trial.

DATED this 15th day of May, 2025.               DATED this 15th day of May, 2025.

THE MERRITT LAW FIRM, PLLC                MAIER GUTIERREZ & ASSOCIATES

By: /s/ Michael Merritt                                  By: /s/ John Quinn
MICHAEL R. MERRITT, ESQ.                 JOHN M. QUINN, ESQ.
Nevada Bar No. 5720                              Nevada Bar No. 16609
1324 N. Liberty Lake Rd., Ste. 2151         8816 Spanish Ridge Ave.
Liberty Lake, WA 99019                          Las Vegas, Nevada 89148
Co-Counsel for Defendant                       Attorneys for Plaintiff

. . .

. . .

. . .

. . .

. . .

. . .

. . .

STIPULATION AND ORDER RE: LIABILITY - 2

[RATCHFORD/RAMOS STIPULATION AND ORDER RE: LIABILITY - 2:24-CV-02269-RFB-NJK]

O R D E R

IT IS HEREBY ORDERED that TREVOR RATCHFORD's liability for the subject accident is conclusively established in this case, JOAN RAMOS bears no comparative fault for causing the subject accident, and that the trial in this matter will proceed on the issues of damages only.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of May 2025.

Submitted by:

THE MERRITT LAW FIRM, PLLC

By: /s/ Michael Merritt
MICHAEL R. MERRITT, ESQ.
Nevada Bar No. 5720
1324 N. Liberty Lake Rd., Ste. 2151
Liberty Lake, WA 99019
Co-Counsel for Defendant

STIPULATION AND ORDER RE: LIABILITY - 3