Michael R. Merritt, Esq.
Nevada Bar No. 5720
The Merritt Law Firm, PLLC
1324 N. Liberty Lake Rd., Ste. 2151
Liberty Lake, WA 99019
Tel:    (509) 309-9105
Michael@Merritt-Firm.com

Kevin R. Diamond, Esq.
Nevada Bar No. 4967
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Ste. 400
Las Vegas, NV  89101
Tel:    (702) 366-0622
Fax:    (702) 366-0327
KRD@thorndal.com

*Attorneys for Defendant, Trevor William Ratchford*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOAN HELENE RAMOS, an individual, | Case No.: 2:24-CV-02269-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| TREVOR WILLIAM RATCHFORD, and individual; DOES I through X; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendant. | |

  Plaintiff, JOAN HELENE RAMOS, through her counsel of record, Joseph A. Gutierrez, Esq. and John M. Quinn, Esq. of Maier Gutierrez & Associates and Defendant, TREVOR WILLIAM RATCHFORD, by and through his counsel of record, Michael R. Merritt, Esq. of The Merritt Law Firm, PLLC and Kevin R. Diamond, Esq. of Thorndal Armstrong, PC hereby

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

stipulate to dismiss the above matter, with prejudice, as to all claims made by Plaintiff against Defendant, with each party to bear their own attorneys' fees and costs.

DATED this 28th day of August, 2025.

THE MERRITT LAW FIRM, PLLC

/s/ Michael Merritt
By:_____
MICHAEL R. MERRITT, ESQ.
Nevada Bar No. 5720
1324 N. Liberty Lake Rd., Ste. 2151
Liberty Lake, WA 99019

KEVIN R. DIAMOND, ESQ.
Nevada Bar No. 4967
600 S. Las Vegas Blvd., Ste. 400
Las Vegas, Nevada 89101
Attorneys for Defendant

DATED this 28th day of August, 2025.

MAIER GUTIERREZ & ASSOCIATES

/s/ John Quinn
By:_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JOHN M. QUINN, ESQ.
Nevada Bar No. 16609
8816 Spanish Ridge Ave.
Las Vegas, Nevada 89148
Attorneys for Plaintiff

## O R D E R

IT IS HEREBY ORDERED that this matter be dismissed with prejudice as to all claims made by Plaintiff against Defendant, with each party to bear their own fees and costs.

**Dated:** September 3, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

THE MERRITT LAW FIRM, PLLC

/s/ Michael Merritt
By:_____
MICHAEL R. MERRITT, ESQ.
Nevada Bar No. 5720
1324 N. Liberty Lake Rd., Ste. 2151
Liberty Lake, WA 99019
Attorney for Defendant

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2